WILLIAM F. POWERS, Appellant, *v.* HORTENSE POWERS, Respondent.

*Powers* v. *Powers*, 164 App. Div. 533, affirmed.
(Argued February 24, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 16, 1914, which reversed an order of Special Term denying a motion to modify a final decree of divorce.

*Mortimer W. Byers* for appellant.

*Mayer C. Goldman* for respondent.

Order affirmed, without costs, on the ground that the matter was discretionary with the Supreme Court; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.